UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE THAMES,

        Plaintiff,                    Case No.  1:15-CV-413

v.

                                  HON. RAY KENT

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

**JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.


Dated:  September 8, 2016        /s/ Ray Kent
                                                RAY KENT
                                                United States Magistrate Judge